IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-037-RLV-DCK

| | |
|---|---|
| NETSCOUT SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JEFFREY GIBSON, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* For Dawn Mertineit" (Document No. 14) filed by Frederick T. Smith, concerning Dawn Mertineit, on February 27, 2017. Ms. Dawn Mertineit seeks to appear as counsel *pro hac vice* for Plaintiff Netscout Systems, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* For Dawn Mertineit" (Document No. 14) is **GRANTED.** Ms. Dawn Mertineit is hereby admitted *pro hac vice* to represent Plaintiff Netscout Systems, Inc.

**SO ORDERED**.

Signed: February 27, 2017

David C. Keesler
United States Magistrate Judge